# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JEREMY LANDRY

VERSUS

CAIN, ET AL.

CIVIL ACTION

14-372-SDD-EWD

## RULING

The Court has carefully considered the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doom dated August 28, 2017. Plaintiff has filed an *Objection*[2] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter is DISMISSED WITH PREJUDICE and the request for a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana the 30th day of September, 2017.

	*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 15.